JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. BRANDSETTER,<br><br>        Plaintiff,<br><br>   v.<br><br>SPECTRASONICS, INC., et al.,<br><br>        Defendants. | Case No.  CV 18-9038-GW-FFMx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

    IT IS SO ORDERED.

Dated: July 25, 2019

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE